Form 148 − ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.:  21−19110−CMG
Chapter:  13
Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Karl Lauber
    1 Atlantic Avenue
    Manasquan, NJ 08736

Social Security No.:
    xxx−xx−8412

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/1/23.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

    This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 1, 2023
JAN: dmi

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                          Case No. 21-19110-CMG

Karl Lauber                                                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3                               User: admin                                  Page 1 of 4
Date Rcvd: Feb 01, 2023                       Form ID: 148                            Total Noticed: 48

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Karl Lauber, 1 Atlantic Avenue, Manasquan, NJ 08736-2901 |
| r | | Diane Turton, 2383 Route 34 South, Wall, NJ 08736 |
| 519495185 | | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519448080 | | Ally Financial, c/o Portfolio Recovery Assoc. LLC, PO Box 4167, Norfolk, VA 23541 |
| 519448085 | | Borough of Manasquan, 201 East Main Street, Manasquan, NJ 08736-3004 |
| 519448090 | | Care Cardit/Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 519448101 | | JCP&L, PO Box 3687, Akron, OH 44309-3687 |
| 519483442 | + | Jersey Central Power & Light, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel, NJ 07733-1976 |
| 519448102 | + | Lourdes L. Lauber, 1 Atlantic Avenue, Manasquan, NJ 08736-2901 |
| 519448109 | + | Milstead & Associates, LLC, 1 E. Stow Road, Marlton, NJ 08053-3118 |
| 519460563 | + | NJ Natural Gas, 1415 Wykoff Rd, POB 1378, Wall, NJ 07719-1378 |
| 519448110 | | Navient US Dept of Education, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 519448111 | | New Jersey Natural Gas Co., PO Box 11743, Newark, NJ 07101-4743 |
| 519448114 | + | Ronald C. Nielsen, PO Box 165, Princeton, NJ 08542-0165 |
| 519448115 | + | US Bank-Cust PC7 Firsttrust Bank, 50 South 16th St. Suite 2050, Philadelphia, PA 19102-2516 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 01 2023 21:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 01 2023 21:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| lm | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 01 2023 21:05:00 | Citibank, N.A., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519495185 | | EDI: MAXMSAIDV | Feb 02 2023 01:54:00 | Aidvantage on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 519448081 | + | EDI: PRA.COM | Feb 02 2023 01:54:00 | Amazon, c/o Porfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 519453391 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 01 2023 21:11:13 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519448082 | | Email/Text: Atlanticus@ebn.phinsolutions.com | Feb 01 2023 21:04:00 | Aspire Mastercard, PO Box 105555, Atlanta, GA 30348-5555 |
| 519448083 | ^ | MEBN | Feb 01 2023 21:04:00 | Avant LLC, PO Box 1429, Carol Stream, IL 60132-1429 |
| 519448087 | | Email/Text: BNBSB@capitalsvcs.com | Feb 01 2023 21:04:00 | Bryant State Bank, PO Box 2519, Omaha, NE 68103-2519 |

District/off: 0312-3 | User: admin | Page 2 of 4
Date Rcvd: Feb 01, 2023 | Form ID: 148 | Total Noticed: 48

| | | | |
|---|---|---|---|
| 519448084 | EDI: BANKAMER.COM | Feb 02 2023 01:54:00 | Bank of America, PO Box 31785, Tampa, FL 33631-3785 |
| 519483559 | EDI: BANKAMER.COM | Feb 02 2023 01:54:00 | Bank of America, N.A., PO BOX 31785, Tampa, FL 33631-3785 |
| 519448086 | EDI: Q3G.COM | Feb 02 2023 01:54:00 | Boscov/JH Portfolio Debt Equities, c/o Quantum3 Group LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519453389 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 01 2023 21:11:25 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519448088 | EDI: CAPITALONE.COM | Feb 02 2023 01:54:00 | Capital One, PO Box71083, Charlotte, NC 28272-1083 |
| 519456554 | + EDI: AIS.COM | Feb 02 2023 01:54:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519448089 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 01 2023 21:11:38 | Capital One Bank USA N.A./ CACH LLC, c/oResurgent Capital Service, PO Box 10587, Greenville, SC 29603-0587 |
| 519448091 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 01 2023 21:05:00 | Citi Mortgage, c/o Select Porfolio Servicing, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 519460681 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Feb 01 2023 21:05:00 | Citibank, N.A., as Trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 519448092 | Email/PDF: creditonebknotifications@resurgent.com | Feb 01 2023 21:11:24 | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 519448094 | EDI: AMINFOFP.COM | Feb 02 2023 01:54:00 | First Premier Bank, PO Box 5529, Sioux Falls, SD 57117-5529 |
| 519448095 | EDI: AMINFOFP.COM | Feb 02 2023 01:54:00 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 519448096 | + EDI: IRS.COM | Feb 02 2023 01:54:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519489221 | EDI: JEFFERSONCAP.COM | Feb 02 2023 01:54:00 | Jefferson Capital Systems LLC, PO Box 7999, St Cloud MN 56302-9617 |
| 519492128 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 01 2023 21:11:27 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519481034 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 01 2023 21:11:07 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 519448108 | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 01 2023 21:11:21 | Merrick Bank, PO Box 660702, Dallas, TX 75266-0702 |
| 519448110 | EDI: MAXMSAIDV | Feb 02 2023 01:54:00 | Navient US Dept of Education, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 519448112 | EDI: CAPIO.COM | Feb 02 2023 01:54:00 | Ocean Medical Center, c/o Quantum3 Group LLC for CF MEdical, PO Box 788, Kirkland, WA 98083-0788 |
| 519500070 | EDI: PRA.COM | Feb 02 2023 01:54:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 519453390 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 01 2023 21:11:15 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519489362 | + EDI: JEFFERSONCAP.COM | Feb 02 2023 01:54:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 519449356 | EDI: Q3G.COM | Feb 02 2023 01:54:00 | Quantum3 Group LLC as agent for, JH CX Liquidating Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |

| 519448113 | + Email/Text: cfcbackoffice@contfinco.com | | |
| | | Feb 01 2023 21:04:00 | Reflex Card Services, PO Box 3220, Buffalo, NY 14240-3220 |
| 519448207 | + EDI: RMSC.COM | | |
| | | Feb 02 2023 01:54:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519448116 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Feb 01 2023 21:11:38 | Verizon Wireless/Pinnacle Credit Service, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

TOTAL: 35

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519448093 | * | Credit One Bank, PO Box 60500, City of Industry, CA 91716-0500 |
| 519448097 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519448098 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519448099 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519448100 | *+ | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519448103 | *+ | Lourdes L. Lauber, 1 Atlantic Avenue, Manasquan, NJ 08736-2901 |
| 519448104 | *+ | Lourdes L. Lauber, 1 Atlantic Avenue, Manasquan, NJ 08736-2901 |
| 519448105 | *+ | Lourdes L. Lauber, 1 Atlantic Avenue, Manasquan, NJ 08736-2901 |
| 519448106 | *+ | Lourdes L. Lauber, 1 Atlantic Avenue, Manasquan, NJ 08736-2901 |
| 519448107 | *+ | Lourdes L. Lauber, 1 Atlantic Avenue, Manasquan, NJ 08736-2901 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 1, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Loss Mitigation Citibank  N.A. nj-ecfmail@mwc-law.com, alubin@milsteadlaw.com |
| Denise E. Carlon | on behalf of Creditor Citibank  N.A., as Trustee, in trust for registered Holders of WaMu Asset-Backed Certificates WaMu Series 2007-HE4 Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eugene D. Roth | on behalf of Debtor Karl Lauber erothesq@gmail.com |

District/off: 0312-3                         User: admin                                      Page 4 of 4
Date Rcvd: Feb 01, 2023                      Form ID: 148                                     Total Noticed: 48

Michael J. Milstead
                   on behalf of Creditor CITIBANK  N.A., AS TRUSTEE bkecf@milsteadlaw.com, bkecf@milsteadlaw.com

Roger Fay
                   on behalf of Creditor CITIBANK  N.A., AS TRUSTEE rfay@milsteadlaw.com, bkecf@milsteadlaw.com

U.S. Trustee
                   USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8