| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2022 to 03/13/2023
### Chapter 13 Case No. 21-19110 / CMG

Karl Lauber

Petition Filed Date: 11/26/2021
341 Hearing Date: 12/23/2021
Confirmation Date: 07/06/2022

Case Status: **Dismissed After Confirmation on 2/ 1/2023**

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/24/2022 | $581.00 | 82249580 | 02/25/2022 | $581.00 | 82959860 | 03/03/2022 | $581.00 | 83150550 |
| 04/04/2022 | $581.00 | 83817770 | 05/03/2022 | $581.00 | 84430660 | 06/27/2022 | $581.00 | 85486360 |
| 07/05/2022 | $581.00 | 85673800 | 09/01/2022 | $581.00 | 86816230 | 10/04/2022 | $581.00 | 87433660 |
| 11/14/2022 | $581.00 | 88257700 | 12/27/2022 | $581.00 | 89009410 | | | |

**Total Receipts for the Period:  $6,391.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing:  $6,972.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Karl Lauber | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Eugene Roth, Esq.<br>»»  ATTY DISCLOSURE | Attorney Fees | $2,375.00 | $2,375.00 | $0.00 |
| 1 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»»  BOSCOV'S | Unsecured Creditors | $528.26 | $0.00 | $528.26 |
| 2 | CACH, LLC<br>»»  CAPITAL ONE BANK | Unsecured Creditors | $1,056.80 | $0.00 | $1,056.80 |
| 3 | PINNACLE CREDIT SERVICES, LLC.<br>»»  CELLCO VERIZON WIRELESS | Unsecured Creditors | $452.33 | $0.00 | $452.33 |
| 4 | ASHLEY FUNDING SERVICES, LLC<br>»»  LABCORP | Unsecured Creditors | $65.58 | $0.00 | $65.58 |
| 5 | INTERNAL REVENUE SERVICE<br>»»  2017-2020 TAX PERIODS | Priority Crediors | $7,583.83 | $4,032.31 | $3,551.52 |
| 6 | INTERNAL REVENUE SERVICE<br>»»  2014-2015 TAX PERIODS + PENALTIES | Unsecured Creditors | $4,295.83 | $0.00 | $4,295.83 |
| 7 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $1,923.26 | $0.00 | $1,923.26 |
| 8 | NEW JERSEY NATURAL GAS | Unsecured Creditors | $417.67 | $0.00 | $417.67 |
| 9 | CITIBANK, N.A.<br>»»  P/1 ATLANTIC AVE/1ST MTG | Mortgage Arrears<br>No Disbursements: Pending Sale / Refi | $85,923.34 | $0.00 | $85,923.34 |
| 10 | MERRICK BANK | Unsecured Creditors | $1,998.62 | $0.00 | $1,998.62 |
| 11 | CAPITAL ONE BANK (USA), N.A. | Unsecured Creditors | $576.76 | $0.00 | $576.76 |
| 12 | JERSEY CENTRAL POWER & LIGHT<br>»»  FIRSTENERGY | Unsecured Creditors | $4,946.24 | $0.00 | $4,946.24 |
| 13 | BANK OF AMERICA, N.A. | Unsecured Creditors | $785.16 | $0.00 | $785.16 |
| 14 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $823.51 | $0.00 | $823.51 |

**Chapter 13 Case No. 21-19110 / CMG**

| | | | | | |
|---|---|---|---|---|---|
| 15 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $825.80 | $0.00 | $825.80 |
| 16 | LVNV FUNDING LLC<br>»»  CARE CREDIT | Unsecured Creditors | $1,521.51 | $0.00 | $1,521.51 |
| 17 | LVNV FUNDING LLC<br>»»  CREDIT ONE | Unsecured Creditors | $701.64 | $0.00 | $701.64 |
| 18 | LVNV FUNDING LLC<br>»»  CREDIT ONE | Unsecured Creditors | $876.83 | $0.00 | $876.83 |
| 19 | ASHLEY FUNDING SERVICES, LLC<br>»»  LABCORP | Unsecured Creditors | $583.33 | $0.00 | $583.33 |
| 20 | AiDVANTAGE OF BEHALF OF: THE DEPT OF ED<br>»»  STUDENT LOAN | Unsecured Creditors<br>No Disbursements: Paid outside | $0.00 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  2012 CHEVY SONIC/DEF BAL | Unsecured Creditors | $14,787.37 | $0.00 | $14,787.37 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  BANK OF MISSOURI | Unsecured Creditors | $1,407.77 | $0.00 | $1,407.77 |
| 23 | Amazon | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | Aspire Mastercard | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | Avant LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | BOROUGH OF MANASQUAN | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | Bryant State Bank | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | Merrick Bank | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | Navient US Dept of Education | | $0.00 | $0.00 | $0.00 |
| 30 | Ocean Medical Center | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | Reflex Card Services | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

**Your case was Dismissed After Confirmation on 2/01/2023.**

Summary of all receipts and disbursements from date filed through 2/01/2023:

| | |
|---|---|
| Total Receipts: | $6,972.00 |
| Paid to Claims: | $6,407.31 |
| Paid to Trustee: | $564.69 |
| Funds on Hand: | $0.00 |